**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7663**

———————

WILLARD C. HUDSON,

　　　　　　Petitioner – Appellant,

　　　v.

ERIC WILSON, Warden,

　　　　　　Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.　Mark S. Davis, District Judge.　(2:11-cv-00534-MSD-TEM)

———————

Submitted:　February 28, 2013　　Decided:　March 20, 2013

———————

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Willard C. Hudson, Appellant Pro Se. Mark Anthony Exley, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willard C. Hudson, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2012) petition. Because Hudson failed to object to the magistrate judge's recommendations after being given proper notice, he has waived review of those claims. United States v. Midgette, 478 F.3d 616, 621-22 (4th Cir. 2007). Accordingly, we affirm the judgment of the district court. Hudson v. Wilson, No. 2:11-cv-00534-MSD-TEM (E.D. Va. Aug. 8, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED